# United States Bankruptcy Court
## Middle District of Tennessee

In re   **Jason Thomas Smith**
**Amanda Lee Smith**

               Debtor(s)

Case No.  **1:14-bk-04358**

Chapter  **13**

## Notice of Change of Address

Debtor's Social Security Number:    **xxx-xx-3976**

Joint Debtor's Social Security Number:  **xxx-xx-4639**

**My (Our) Former Mailing Address and Telephone Number was:**

| | |
|---|---|
| Name: | **Jason Thomas Smith and Amanda Lee Smith** |
| Street: | **2213 Highland Avenue** |
| City, State and Zip: | **Columbia, TN 38401-4005** |
| Telephone #: | |

**Please be advised that effective** _____ October 27th , 20 14 _____ ,
**my (our) new mailing address and telephone number is:**

| | |
|---|---|
| Name: | **Jason Thomas Smith and Amanda Lee Smith** |
| Street: | **1118 Parker St.** |
| City, State and Zip: | **Columbia, TN  38401-3643** |
| Telephone #: | |

**/s/ Jason Thomas Smith**
**Jason Thomas Smith**
Debtor

**/s/ Amanda Lee Smith**
**Amanda Lee Smith**
Joint Debtor

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy